In re LAVERY. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) In the matter of the application of Jane A. Lavery for a writ of certiorari. No opinion. Final order unanimously affirmed, with costs to relator.

---

LEFI, Respondent, v. KUHNE et al., Appellants. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by William H. Lefi against Percival Kuhne and others. G. T. Hogg, for appellants. A. Rosenbaum, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

LEIDESDORF, Appellant, v. ZINN et al., Respondents. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Samuel D. Leidesdorf against Martin Zinn and others. H. C. Burnstine, for appellant. F. Wiener, for respondents. No opinion. Order affirmed, with costs and disbursements. Order filed.

---

LESSLER et al., Appellants, v. GERLI, Respondent. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Michael Lessler and another against Paul Gerli. S. S. Breslin, for appellants. M. H. Harris, for respondent. No opinion. Determination and judgment (126 N. Y. Supp. 697) reversed, and new trial ordered, costs in all courts to abide event, on dissenting opinion of Giegerich, J., at Appellate Term. Order filed. See, also, 128 N. Y. Supp. 1131.

---

LEVY v. ALLISON et al. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Charles E. Levy against William O. Allison and others, impleaded with others. E. H. Green, for appellants. H. B. Twombley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendants to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed. See, also, 128 N. Y. Supp. 1131.

---

LITTLEFIELD STOVE CO., Appellant, v. CITY OF ALBANY, Respondent. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by the Littlefield Stove Company against the City of Albany. No opinion. Judgment unanimously affirmed, with costs.

---

LOOS v. LEAHY et al. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Margaret J. Loos against Annie Leahy, impleaded with others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 129 N. Y. Supp. 859.

---

LUDLOW, Appellant, v. RECTOR, CHURCH WARDENS & VESTRYMEN OF ST. JOHN'S CHURCH IN TOWN OF ISLIP, Respondents. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by Mary McLean Ludlow against the Rector, Church Wardens, and Vestrymen of St. John's Church in Town of Islip. No opinion. Motion for reargument denied, with $10 costs. For former opinion, see 130 N. Y. Supp. 679.

---

LYON, Respondent, v. WARD, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Alfred P. Lyon against William E. Ward.

PER CURIAM. Judgment and order affirmed, with costs.

BURR, J., dissents.

---

McARTHUR, Appellant, v. HEIN, Respondent. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by William McArthur against Silvio Hein. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

McCARTHY et al., Respondents, v. MITTERMEYER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Cornelius J. McCarthy and another against Henry Mittermeyer and another. No opinion. Judgment affirmed, with costs,

---

McCLARTY, Appellant, v. GIROUX, Respondent, et al. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Clint C. McClarty against Eugene L. Giroux, impleaded with others. E. J. Magen, for appellant. J. S. Buhler, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 142 App. Div. 750, 127 N. Y. Supp. 724.

---

McCLURE v. PENNSYLVANIA TUNNEL & TERMINAL R. CO. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Appeal from Special Term, New York County. Action by David McClure against the Pennsylvania Tunnel & Terminal Railroad Company. From an order granting plaintiff's motion for the appointment of a referee to hear and determine the issues, defendant appeals. Reversed, and motion denied. Henry A. Gildersleeve, for appellant. William N. Cohen, for respondent.

PER CURIAM. We think, upon the record presented, that a long account is not involved, which justifies a reference to hear and determine the action, against the opposition of the defendant. The order appealed from, therefore, should be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

---

In re McCREA'S ESTATE. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) In the matter of the judicial settlement of the estate of Joseph McCrea, deceased. No opinion. Decree unanimously affirmed, with costs.